JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD L. ABSELET, an individual; and ISRAEL ABSELET, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ELKWOOD ASSOCIATES, LLC, a California limited liability company; FIELDBROOK, INC., a California corporation; RELIABLE PROPERTIES, a California corporation; J.P. MORGAN CHASE BANK, N.A., a national banking association; FEREYDOUN DAYANI, an individual; SODA PARTNERS, LLC, a California limited liability company; DMARC 2007-CD5 GARDEN STREET, LLC, a Delaware limited liability company; JACK NOURAFSHAN, an individual; CITIVEST FINANCIAL SERVICES, INC., a Nevada corporation; et al.,<br><br>Defendants. | Case No. 2:17-cv-8894-JFW (JEMx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br><br>**Complaint filed: 12/12/2017**<br>**Trial date: Not set** |

The Court, having considered the Stipulation to Dismiss Case with Prejudice between plaintiffs Howard L. Abselet and Israel Abselet (the "Abselets"), defendants Elkwood Associates, LLC, Fieldbrook, Inc., Reliable Properties and Jack Nourafshan (collectively, the "Elkwood Parties"), and defendant David K. Gottlieb, Chapter 7 trustee for Solyman Yashouafar and Massoud Aaron Yashouafar (the "Trustee"), and good cause appearing,

**IT IS HEREBY ORDERED:**

1. This action is dismissed in its entirety with prejudice, and
2. The parties shall bear their respective fees and costs that have been incurred in this action.

DATED: July 7, 2020

THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT COURT JUDGE